

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| TRINITY EAGLEFORD SERVICES, LLC, and FRANCIS MONTAGUE, Individually, | § | No. 08-20-00166-CV |
| | § | |
| Appellants, | | Appeal from the |
| | § | |
| v. | | 51st District Court |
| | § | |
| BIG COUNTRY EQUIPMENT RENTALS AND SALES, LLC, | § | of Tom Green County, Texas[1] |
| | § | (TC# A190552C) |
| Appellee. | § | |

## **MEMORANDUM OPINION**

Appellants Trinity Eagleford Services, LLC, and Francis Montague have filed an unopposed motion to voluntarily dismiss this appeal. *See* TEX.R.APP.P. 42.1(a)(1) (governing voluntary dismissals in civil cases). The motion is granted, and this appeal is dismissed. Costs of the appeal are taxed against Appellant. *See* TEX.R.APP.P. 42.1(d).

JEFF ALLEY, Chief Justice

September 30, 2020

Before Alley, C.J., Rodriguez, and Palafox, JJ.

---

[1] We hear this case on transfer from the Third Court of Appeals in Austin. *See* TEX.R.APP.P. 41.3.